# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 7:23-CR-_____ |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1028A(a)(1) |
| LEAH LEHMAN, | : | 18 U.S.C. § 1344(2) |
| | : | |
| Defendant. | : | |
| | : | INFORMATION |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
### (Aggravated Identity Theft)

On or about May 12, 2020, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LEAH LEHMAN,**

did knowingly transfer, possess, and use, without lawful authority, means of identification of another person, to wit: the username and password for Victim No. 3, whose identity is known to the United States Attorney. The defendant did so in relation to the commission of a felony enumerated in Title 18, United States Code, Section 1028A(c)(5), to wit: Title 18, United States Code, Section 1344(2). All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TWO
### (Bank Fraud)

From on or about June 27, 2003, to on or about May 31, 2020, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LEAH LEHMAN,**

did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of,

Southern Pine Credit Union, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, in that the defendant knowingly caused to be paid more than four hundred (400) electronic and share draft payments for her and her family's financial benefit, totaling over $4,000,000.000, which were paid by Southern Pine Credit Union. All in violation of Title 18, United States Code, Section 1344(2).

## EXECUTION OF THE SCHEME

For the purpose of executing this fraudulent scheme, beginning on or about June 27, 2003, and ending on or about May 31, 2020, the defendant took out fraudulent loans from Southern Pine Credit Union in the names of certain relatives, whose identities are known to the United States Attorney, unbeknownst to said relatives, for her own benefit and her family's benefit. The defendant then disbursed the money from the loans to an account over which she had partial control and various family members' accounts for spending purposes by electronic transfer, forging the names of other authorized signatories on drafts from a fictitious account that the defendant created, and using the usernames and passwords of coworkers without lawful authority. She used the money for her benefit and her family's benefit. The defendant, who at all relevant times was employed by Southern Pine Credit Union, used her position to take further actions to cover the transactions from being discovered by Southern Pine Credit Union or outside auditors by posting fraudulent deposits to Southern Pine Credit Union share drafts.

                    PETER D. LEARY
                    UNITED STATES ATTORNEY

By:    */s/Hannah M. Couch*
       HANNAH M. COUCH
       Assistant United States Attorney
       Georgia Bar No. 825706
       United States Attorney's Office
       Post Office Box 1702
       Macon, Georgia 31202
       Telephone: (478)752-3511
       Facsimile: (478)621-2655
       Email: Hannah.couch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day filed the foregoing Government's *Information* utilizing the Court's CM/ECF program, which will cause electronic notice to be provided to all counsel of record.

Respectfully submitted, 3rd this day of August, 2023.

            PETER D. LEARY
            UNITED STATES ATTORNEY

By: */s/Hannah M. Couch*
   HANNAH M. COUCH
   Assistant United States Attorney
   Georgia Bar No. 825706
   United States Attorney's Office
   Post Office Box 1702
   Macon, Georgia 31202
   Telephone: (478)752-3511
   Facsimile: (478)621-2655
   Email: Hannah.couch@usdoj.gov