UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIM. NO. 7:23-CR-67-WLS-TQL |
| v. | : | |
| | : | |
| LEAH LEHMAN | : | |
| | : | |

**GOVERNMENT'S POSITION REGARDING RESTITUTION**

Defendant Leah Lehman has agreed that the restitution to be ordered in his case pursuant to 18 U.S.C. § 3663A shall be calculated as "the amount disbursed from each loan and the interest accrued on each loan up until May 31, 2020, less the payments she made on the loans." Doc. 15 at 6. The Government provides the following figures and calculations, based off the information from the Southern Pine Credit Union, of those amounts to assist at sentencing.[1]

| Loan | Amount as of May 31, 2020 | Interest Accrued | Payments Made | Total Owed |
| --- | --- | --- | --- | --- |
| ****65 | $62,182.69 | $6,803.73 | $62,182.69 | $0.00 |
| ****68 | $4,102,228.78 | $440,566.03 | $51,540.84 | $4,491,253.97 |

Thus, the Government's position is that a total amount of restitution owed to Southern Pine Credit Union is $4,491,253.97.

---

[1] Paragraph 81 of the Draft Presentence Investigation Report (Doc. 18) states that Defendant "agreed in her plea agreement that she will pay restitution as follows: $4,542,794.81 to Southern Pine Credit Union." The parties, however, agreed that she would pay restitution in "the amount disbursed from each loan and the interest accrued … less the payments she made." Doc. 15 at 6. The parties also agreed that Defendant paid the off the loan for Account No. ****65 in full as of the date of the plea agreement was signed. *Id.* at 11. As such, the amount of restitution owed is $4,491,253.97.

1

Respectfully submitted, this 20th day of February, 2024.

                        PETER D. LEARY
                        UNITED STATES ATTORNEY
                        MIDDLE DISTRICT OF GEORGIA

By:    <u>*s/ Hannah M. Couch*</u>
         HANNAH M. COUCH
         Assistant United States Attorney
         Georgia Bar No. 825706
         United States Attorney's Office
         Post Office Box 1702
         Macon, Georgia 31202
         Telephone: (478) 752-3511
         Facsimile: (478) 621-2655
         Email: hannah.couch@usdoj.gov

         *Attorney for the United States of America*

## CERTIFICATE OF SERVICE

I, Hannah M. Couch, Assistant United States Attorney, hereby certify that on the 20th day of February, 2024, I filed the within and foregoing *Government's Position Regarding Restitution* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

        PETER D. LEARY
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA

By:   *s/ Hannah M. Couch*
        HANNAH M. COUCH
        Assistant United States Attorney
        Georgia Bar No. 825706
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655
        Email: hannah.couch@usdoj.gov

        *Attorney for the United States of America*