UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : CASE NUMBER 7:23-CR-67 |
| v. | : |
| LEAH LEHMAN, | : |
| Defendant, | : |
| AND | : |
| NEW YORK LIFE INVESTMENTS | : |
| Garnishee. | : |

## WRIT OF GARNISHMENT

GREETINGS TO:   New York Life Insurance Company
Office of General Counsel, Attn: Custodian of Records
51 Madison Avenue
New York, NY 10010

An application for a Writ of Garnishment against the property of Defendant Leah Lehman has been filed with this Court. A judgment has been entered against the above-named Defendant in the amount of $4,491,453.97. A balance of $4,491,453.97 remains outstanding.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor. The Garnishee shall withhold and retain any property in which the debtor has a substantial nonexempt interest and for which the Garnishee is or may become indebted to the judgment debtor pending further order of the court.

You must file the original written answer to this writ within 10 days of your receipt of this writ with the United States District Court at: **P.O. Box 128, Macon, GA 31202-0128**. Additionally, you are required by law to serve a copy of this answer upon the debtor and upon the United States Attorney's Office, Attention: Financial Litigation Unit, Post Office Box 1702, Macon, Georgia 31202-1702.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's nonexempt property. It is unlawful to pay or deliver to the Defendant any item withheld pursuant to this writ. All monies or other property withheld by Garnishee pursuant to this garnishment shall be made payable to the United States District Court. Clerk's Office. P.O. Box 128, Macon, GA 31201-0128. **No monies or other property shall be forwarded to Plaintiff until the Court enters an order directing garnishee as to the disposition of the judgement debtor's non-exempt interest in such property.**

SO ORDERED, this 5th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA